# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| SEDENA MCCLAIN, *individually and on behalf of all others similarly situated,* | ) ) ) |
| Plaintiff, | ) **Case No. 1:24-cv-00413-MWM** ) |
| v. | ) **JURY TRIAL DEMANDED** ) |
| | ) |
| DNA DIAGNOSTICS CENTER, LLC. D/B/A PEEKABOO EARLY GENDER DNA TEST | ) ) ) |
| | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Sedena McClain hereby dismisses her claims in this matter against Defendant DNA Diagnostics Center, LLC d/b/a Peekaboo Early Gender DNA Test. This dismissal is without prejudice, with each party bearing their own fees and expenses.

Dated: October 9, 2024          Respectfully submitted,

*/s/ Christopher Wiest*
Christopher Wiest (Ohio 0077931)
**CHRIS WIEST, ATTY AT LAW, PLLC**
25 Town Center Blvd, Suite 104
Crestview Hills, KY 41017
513/257-1895 (c)
859/495-0803 (f)
chris@cwiestlaw.com

David S. Almeida*
Matthew J. Langley*
Britany Kabakov*
**ALMEIDA LAW GROUP LLC**
849 W Webster Avenue
Chicago, IL 60614
Tel: (312) 576-3024
david@almeidalawgroup.com

matt@almeidalawgroup.com
britany@almeidalawgroup.com

David DiSabato*
Tyler Bean*
**SIRI & GLIMSTAD LLP**
8 Campus Drive, Suite 105, PMB#161
Parsippany, New Jersey 07054
Tel: (212) 532-1091
ddisabato@sirillp.com
tbean@sirillp.com

*pro hac vice admission*

***Attorneys for Plaintiff McClain***

CERTIFICATE OF SERVICE

I certify that I have served a foregoing this 9 day of October, 2024, by filing same via CM/ECF.

*/s/ Christopher Wiest*_____